BRIDIE MCNABOLA BATTAGLIA, as Administratrix, etc., Respondent, v. YELLO-WAY TRANSPORTATION CORPORATION, Appellant, Impleaded with Others, Defendants.— Order reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to affirm.

DAVID PARIS, Appellant, v. NEWS SYNDICATE CO., INC., Respondent.— Judgment and order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

PATRICK SMITH, Appellant, v. WALTER E. SEXTON and Others, Individually and as Copartners Doing Business under the Firm Name and Style of J. W. SPARKS & Co., and WILLIAM FAHNESTOCK and Others, Individually and as Copartners Doing Business under the Trade Name of FAHNESTOCK & Co., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of PASCAL J. FORTINASH for an Allowance for Services Rendered in the Estate of NICHOLAS SCISCENTE, Deceased. PASCAL J. FORTINASH, Respondent; WILLIAM N. SCISCENTE, Coadministrator, etc., of NICHOLAS SCISCENTE, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOHN J. MURPHY, Respondent, v. MANDON REALTY Co., INC., and HERBERT M. ROSENBERG, Appellants, Impleaded with Another, Defendant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and grant the motion. [171 Misc. 521.]

GEORGE GREEVES, as Administrator, etc., and Others, Respondents, v. TWENTIETH CENTURY-FOX FILM CORPORATION, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

C. H. LEACH COMPANY v. AMERICAN LOCOMOTIVE COMPANY and ALCO PRODUCTS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK v. ISAAC SHERNOV and SADIE SHERNOV, His Wife, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

IRENE TARTILOFF, as Administratrix, etc., of ALEXANDER TARTILOFF, Deceased, v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MYRON WINTERS v. NORTH KENSINGTON REFINERY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.